**Order filed November 20, 2012.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-12-00749-CV

————————

**TONY C. OGANSOY AND KELLY S. OGANSOY, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF JETT AYDIN OGANSOY,** Appellants

**V.**

**THE CITY OF HOUSTON, Appellee**

On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2010-16177

## O R D E R

Appellants' brief was due October 24, 2012. No brief or motion for extension of time has been filed.

Unless appellants submit a brief to the clerk of this court on or before **December 20, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM